UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>COUNT COOKS et al.,<br><br>                Defendants. | 20 Cr. 234 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter of the proposed briefing schedule on Defendant's motion for pre-trial release (see dkt. no. 44).

    **SO ORDERED.**

Dated:    New York, New York
            February 18, 2021

                        *Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge