UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,                    20 Cr. 234 (LAP)

-against-

COUNT COOKS,                                      ORDER

                    Defendant.


LORETTA A. PRESKA, Senior United States District Judge:

        For the reasons set out on the record on March 29,

Defendant Cooks' request for bail (dkt. no. 44) is denied.

        **SO ORDERED.**

Dated:     New York, New York
           March 29, 2021

           _Loretta A. Preska_____
           LORETTA A. PRESKA
           Senior United States District Judge

1