UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>COUNT COOKS (USMS# 10058-509),<br><br>                    Defendant. | 20-CR-234 (LAP)<br><br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

At Mr. Cooks' May 27, 2026 arraignment for his alleged violation of supervise release, Mr. Cooks explained his need for mental health treatment and the difficulties that Mr. Cooks faces in obtaining treatment at his current facility. Accordingly, it is hereby **ORDERED** that:

1. All officials at Essex County Correctional Facility (or any other facility if Mr. Cooks has been transferred) are respectfully directed to ensure that Count Cooks, USMS # 10058-509, is promptly evaluated for his mental health and referred for treatment as needed.

2. If Mr. Cooks has been or is prescribed any medications, all such officials shall ensure that Mr. Cooks is able to take the medication as directed.

If the Court can be of further assistance, Mr. Cooks' counsel and the Government remain welcome to contact chambers.

**SO ORDERED.**

Dated:     New York, New York
           May 28, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge