**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 14, 2026

**By ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Count Cooks*, No. 20 Cr. 234 (LAP)**

Dear Judge Preska:

After conferring with the United States Probation Department and defense counsel, the parties jointly propose the sentencing schedule indicated below.

- August 10, 2026: Due date for the defendant's sentencing submission;
- August 17, 2026: Due date for the Government's sentencing submission; and
- September 8, 2026, after 11:00 a.m.: Sentencing hearing.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

The proposed schedule is approved.

Sentencing shall be held on September 8, 2026 at 11:30 AM.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

July 14, 2026