The Law Offices of
O&D
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com **telephone:** 917.238.9332

August 11, 2026

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *U.S. v. Count Cooks,* 20 Cr. 234 (LAP) – VOSR
Sentencing Submissions

Dear Judge Preska:

For clarity, this letter is respectfully submitted as a joint request for the following schedule for the parties' sentencing submissions.

On July 14, 2026, the Court endorsed a letter jointly proposing a sentencing schedule where defense submissions were due on August 10, 2026, government submissions were due on August 17, 2026 and sentencing was scheduled for September 8, 2026. Since that joint letter, sentencing has been rescheduled to September 10, 2026 at 11am. Pursuant to the Court's individual practice rules, the parties are jointly proposing the following schedule for sentencing submissions:

- Defense submissions due August 27, 2026
- Government submissions due September 3, 2026
- Sentencing remains September 10, 2026 at 11am

**Conclusion**

For those reasons, we respectfully request that the Court endorse this letter setting the above sentencing schedule.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

August 18, 2026

Respectfully submitted,

/s/Esere J. Onaodowan
Esere J. Onaodowan, Esq.
*Counsel for Count Cooks*